## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **CRIMINAL NO. 12-00188-CG** |
| | ) | |
| **KENNETH LAMAR WILLARD,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

For good cause shown and pursuant to the provisions of Fed.R. Cr.P. 36, governing the correction of clerical mistakes contained in a judgment in a criminal case, the court hereby **AMENDS** <u>nunc</u> <u>pro</u> <u>tunc</u> the judgment on revocation of supervised release (Doc. 41) entered in the above styled case on August 8, 2013, to reflect the correct PACTS number as 12301.

**DONE and ORDERED** this 28th day of August, 2013.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE